EXHIBIT

| 366 | VIRGINIA: |
|---|---|

In the Clerk's Office of the Circuit Court of Chesterfield County, the 6th day of September, 1962, this Deed was presented and with the certificate, admitted to record at 11 o'clock A. M.
Recordation Tax $ 8.80 ; I. R. Stamps, affixed & cancelled, $
Testa:
_____, Clerk

THIS DEED, made this 17th day of July, 1962, by and between ROSE CLARKE PARHAM (sometimes known as Rosa Clarke Parham), and JAMES PARHAM, her husband, parties of the first part, and ROSE CLARKE PARHAM, party of the second part,

## W I T N E S S E T H :

THAT for and in consideration of the sum of TEN DOLLARS ($10.00) and other good and valuable considerations, the receipt of which is hereby acknowledged, the said parties of the first part do hereby Grant and Convey, with **General Warranty of Title**, unto the said Rose Clarke Parham, party of the second part, as her sole and separate equitable estate, free from any curtesy and other marital rights of any present or future husband of the said party of the second part, and at her death her husband's right to curtesy, if she may have a husband at that time, is hereby expressly excluded in the following property, to-wit:

ALL that certain lot or parcel of land lying and being in Dale District of Chesterfield County, Virginia, fronting 100 feet on the western line of New Drewry's Bluff Road, containing one acre, and being described as follows:

Beginning at a point marking the intersection of the northern line of the property of Otis Clarke and Joseph T. Trent, Sr., and the western line of said Road and extending southerly therefrom along the western line of said Road, and fronting thereon, 100 feet, and extending back between parallel lines, the northern line thereof being the northern line of the aforesaid property, said parallel lines being of equal length, a distance sufficient to make one acre.

BEING the same real estate which was conveyed to Rosa Clarke Parham and James Parham, her husband, by deed from Otis Clarke and Margaret Clarke, his wife, and Joseph T. Trent, Sr. and Sarah Trent, his wife, dated December 21, 1954, recorded December 22, 1954, in Deed Book 458, page 525, Clerk's Office, Circuit Court of Chesterfield County, Virginia.

To have and to hold the said property unto the said Rose Clarke Parham, party of the second part, as her sole and separate equitable estate, free from any liability whatsoever from debts of and claims against any present or future husband of the said Rose Clarke Parham,

and free from any curtesy rights or inchoate curtesy rights of any present or future husband of the said party of the second part, and with full and complete authority in and to the said party of the second part to alien, convey, encumber and otherwise deal with and dispose of the said real property, without necessity of joinder by or with her husband.

This conveyance is made expressly subject to any and all easements, conditions and restrictions as are of record, insofar as they may be lawfully applicable to the property hereby conveyed.

The foregoing conveyance is made subject to the terms and conditions of a certain deed of trust from James Parham and Rose Parham, his wife, to C. B. Cooke and James B. Wilkinson, Trustees, dated January 22, 1960, of record in the Clerk's Office of the Circuit Court of Chesterfield County, Virginia, conveying the above described real estate in trust to secure the principal sum of Four Thousand, Eight Hundred Thirty-five and 05/100 Dollars ($4,835.04), with interest thereon as fully set out in the aforesaid deed of trust, which the said Grantee herein assumes and agrees to pay off as and when the same may become due and payable, as evidenced by her signing and sealing this deed or her acceptance thereof, and that she, the said Grantee, will save harmless the Grantors forever therefrom.

Except as set forth above, the said parties of the first part covenant that they have the right to convey the said land to the party of the second part; that they have done no act to encumber the said land; except as set forth above; that the party of the second part shall have quiet possession of the said land, free from all encumbrances and that they, the said parties of the first part, will execute such further assurances of the said land as may be requisite.

WITNESS THE FOLLOWING SIGNATURES AND SEALS:

_Rose Clarke Parham_ (SEAL)
Rose Clarke Parham

_James Parham_ (SEAL)
James Parham

_Rose Clarke Parham_ (SEAL)
Rose Clarke Parham

STATE OF VIRGINIA

CITY OF RICHMOND, to-wit:

I, Emilyn W. Glover, a Notary Public, in and for the City of Richmond, in the State of Virginia, do certify that Rose Clarke Parham and James Parham, her husband, whose names are signed to the foregoing writing bearing date the 17th day of July, 1962, have acknowledged the same before me in my City and State aforesaid.

Given under my hand this 17th day of July, 1962.

My commission expires September 13, 1964.

Emilyn W. Glover
Notary Public

VIRGINIA:

In the Clerk's Office of the Circuit Court of Chesterfield County, the ____ day of _____, 1962, this Deed was presented and with the certificate ____, admitted to record at ____ o'clock P. M. Recordation Tax $ _____ : I. R. Stamps, affixed & cancelled, $ _____

Teste:

_____, Clerk



Everett Waddey Co. Stationers and Printers Richmond, Va. — Form 61—Chattel Mortgage. V. C. 1936. Section §189. 7-58.

### Know all Men by these Presents,

That R. Mahlon Woodell & Rudolph Evans of the County of Chesterfield and State of Virginia in consideration of the sum of Four hundred twenty-one ——————————Dollars, to them paid by Mobil Oil Co., a Division of Socony Mobil Oil Co., Inc. of the City of County and State of New York the receipt whereof is hereby acknowledged, do ____ hereby GRANT, SELL, CONVEY and CONFIRM unto the said Mobil Oil Co., a Division of Socony Mobil Oil Co., Inc. and to its successors heirs and assigns, the following GOODS AND CHATTELS, to-wit:
located at 6817 Forest Hill Ave., Richmond, Virginia

McCaskey Cash Register
Heyer Battery Charger serial # 121153
Heater wheel balancer
Vending machine - Tom's
(?) Jack
Misc. Hand Tools

TO HAVE AND TO HOLD, all and singular, the said goods and chattels, unto the said Mortgagee herein, and its successors and assigns, to it and its sole use, FOREVER. And the Mortgagors herein, for themselves and for their heirs, executors and administrators, do hereby covenant to and with the said Mortgagee its successors and assigns, that said Mortgagor are lawfully possessed of the said goods and chattels, as of their own property; that the same are free from all encumbrances, and that they will, and their executors and administrators shall, warrant and defend the same to Mobil Oil Co. the said Mortgagee its successors and assigns, against the lawful claims and demands of all persons, whatsoever.

PROVIDED, NEVERTHELESS, That if the said Mortgagors, their executors or administrators, shall well and truly pay unto said Mortgagee, executors, administrators or assigns the sum of Four hundred twenty-one ——————————Dollars, payable as follows: Same conditions as Judgement Note dated May 1962