BK 10934 PG 0983

Instrument Control Number

BK10934

025906

**EXHIBIT**
tabbies
3

## Virginia Land Record Cover Sheet
## Cover Sheet Content - Form A

[ILS Cover Sheet Agent Online Version 2.3.1.27]

Date of Instrument      [ 07/09/2015 ]
Instrument Type         [ ASGMT ]
Number of Parcels       [ 1 ]
Number of Pages         [ 2 ]
Tax Exempt  Virginia/Federal Law
☐ Grantee [                          ]
☐ Grantor [                          ]

City ☐ County ☒ [ Chesterfield County ]         (Box for Deed Stamp Only)

**First and Second Grantors**

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| ☐ [ Bank ] | [ First Mariner ] | [ ] | [ ] |
| ☐ [ ] | [ ] | [ ] | [ ] |

**First and Second Grantees**

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| ☐ [ Mortgage Company, Inc ] | [ Sun West ] | [ ] | [ ] |
| ☐ [ ] | [ ] | [ ] | [ ] |

Grantee Address  (Name)        [ Sun West Mortrgage Company, Inc ]
                 (Address 1)   [ 18000 Studebaker Road, Suite 2 ]
                 (Address 2)   [                                ]
                 (City, State, Zip)  [ Cerritos, ]  [ CA ] [ 90703 ]
Consideration [ 0.00 ]  Existing Debt [ 0.00 ]  Assumption Balance [ 0.00 ]

Prior Instr. Recorded at: City ☐ County ☒ [ Chesterfield County ]  Percent. in this Juris.(%) [ 100 ]
Book [ 8581 ] Page [ 0960 ] Instr. No [ 4602 ]
Parcel Identification No (PIN)    [ ▓▓▓▓ ]
Tax Map Num. (if different than PIN)
Short Property Description    [ Fronting 100 on the western line of new drewry's Bluff Road Containing One Acre ]
Current Property Addr.  (Address 1)   [ 9100 Hopkins RD ]
                        (Address 2)   [                 ]
                        (City, State, Zip)  [ Richmond ] [ VA ] [ 23237 ]

Instrument Prepared by           [ Nick Karle ]
Recording Paid for by            [ Sun West Mortgage Company, Inc ]
Return Recording to (Name)       [ Nick Karle ]
                    (Address 1)  [ 18000 Studebaker Road, Suite 1 ]
                    (Address 2)  [                                ]
                    (City, State, Zip)  [ Cerritos, California 9070 ] [ CA ] [ 90703 ]
Customer Case ID                 [                 ] [ ▓▓▓▓ ]

Cover Sheet Page # 1 of 1

**RECORDING REQUESTED BY**

AND WHEN RECORDED MAIL TO

SUN WEST MORTGAGE COMPANY, INC.
18000 STUDEBAKER ROAD, SUITE 100
CERRITOS, CA 90703

Mortgage Amount: $195,000.00
Subject Property: 9100 Hopkins Road,
Richmond, Virginia 23237

FHA Case No:
Loan No:

SPACE ABOVE THIS LINE FOR RECORDER'S USE

NOTE: - After having been recorded, this Assignment should kept with the Note and Deed of Trust hereby assigned.

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to

**SUN WEST MORTGAGE COMPANY, INC., A CALIFORNIA CORPORATION.**
**18000 STUDEBAKER ROAD, SUITE 200, CERRITOS, CA 90703**

All beneficial interest under that certain Deed of Trust dated **February 02, 2009**, executed by **ROSE CLARKE PARHAM**, Trustor; to **1st Mariner Bank, 3301 Boston Street, Baltimore, MD 21224**, Lender; and recorded **February 06, 2009**, in book 8581, Page 0960, of instrument# 4602, in the Office of the County Recorder of **Chesterfield County, Virginia**.

LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT A AND BY THIS REFERENCE MADE A PART HERE OF.   A.P.N:

TOGETHER with the note or notes therein described and secured thereby, the money due and to become due thereon, with interest, and all rights accrued or to accrue under said Deed of Trust/Mortgage including the right to have reconveyed, in whole or in part the real property described therein.

DATED this 2nd day of March 2015   State of Maryland
County of Baltimore

On March 2, 2015, before me Kellie M Giordano, Notary Public, Personally Appeared Joseph F. Howard who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Maryland that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature  Kellie M Giordano
Notary Public in for Said State

This instrument was prepared by: Nick Karle
SUN WEST MORTGAGE COMPANY, INC.
18000 Studebaker Road, Suite 200, CERRITOS, CA 90703

**1ST MARINER BANK**

By: [signature]
Name: Joseph F Howard
Title: SVP/ESC

KELLIE M. GIORDANO
NOTARY PUBLIC
BALTIMORE COUNTY, MD
My Commission Expires April 18, 2017

**EXHIBIT A**

**LEGAL DESCRIPTION**

FHA Case No:
Loan No:

ALL THAT certain lot or parcel of land lying and being in Dale District of Chesterfield County, Virginia, fronting 100 feet on the western line of New Drewry's Bluff Road, containing one acre, and being described as follows:

Beginning at a point marking the intersection of the northern line of property of Otis Clarke and Joseph T. Trent, Sr., and the western line of said Road and extending southerly there from along the western line of said Road, and fronting thereon, 100 feet, and extending back between parallel lines, the northern line thereof being the northern line of the aforesaid property, said parallel lines being of equal length, a distance sufficient to make one acre.

IT BEING the same property conveyed to Rose Clarke Parham by deed from Rose Clarke Parham and James Parham, her husband, dated July 17, 1962 and recorded September 6, 1962 in Deed Book 688 at page 366 in the Clerk's Office of the Circuit Court for the County of Chesterfield, Virginia.

```
INSTRUMENT #BATCH
RECORDED IN THE CLERK'S OFFICE OF
CHESTERFIELD ON
JULY 22, 2015 AT 08:54AM

WENDY S. HUGHES, CLERK
RECORDED BY: LCB
```

Return To:
Prepared By:
ALG Trustee, LLC
c/o Orlans PC
1602 Village Market Blvd SE, Suite 310
Leesburg, VA 20175
MATL: <span style="background:black">[redacted]</span>
Sun West Mortgage
<span style="background:black">[redacted]</span>

## SUBSTITUTION OF TRUSTEE

THIS SUBSTITUTION OF TRUSTEE is made between Sun West Mortgage Company, Inc. ("Noteholder") and Rose Clarke Parham ("GRANTOR(S)" for recordation purposes) and ALG Trustee, LLC, a Virginia Limited Liability Company, 1602 Village Market Blvd SE, Suite 310, Leesburg, VA 20175, Substitute Trustee ("Grantee").

WHEREAS, the Noteholder is the holder of the Note secured by the Deed of Trust dated February 2, 2009, from Rose Clarke Parham to certain trustees therein Supreme Title Insurance Agency ("Trustee(s)"), payable to 1st Mariner Bank and recorded among the land records of Chesterfield County, Virginia on February 6, 2009, as Instrument Number 4602, in Deed Book 8581, at Page 0960 ("Deed of Trust");

WHEREAS, the Deed of Trust grants to and/or Code of Virginia §55.59 permits the Noteholder the unconditional power to appoint Substitute Trustee(s) in place and stead of the original Trustee(s) named in the Deed of Trust; and the Noteholder desires to exercise the power to appoint Substitute Trustee(s) in place and in stead of the Trustee(s), or in place of any other trustee or trustees who have heretofore been substituted for the originally named trustee or trustees, and to vest the Substitute Trustee(s) with same rights, powers, title and estate as are vested in the Trustee(s).

NOW, THEREFORE, by virtue of the aforementioned Deed of Trust and the statute, the Noteholder does hereby appoint ALG Trustee, LLC as Substitute Trustee(s) under the Deed of Trust, with identically the same title and estate in and to the land, premises and property conveyed by the Deed of Trust, with all rights, powers, trusts and duties of the Trustees.

Substitution of Trustee

~~[redacted]~~

Sun West Mortgage Company, Inc.

By: *[signature]*

Name: Jessica Krenek

Title: Authorized Representative

Date: 7/23/2019

STATE OF CA
COUNTY OF Orange

I hereby certify that on this 23 day of July, 2019, before me, the subscriber, a Notary Public for the State of CA and County of Orange aforesaid, personally appeared Jessica Krenek who acknowledged himself/herself to be the Authorized Representative of Sun West Mortgage Company, Inc.. He/She is personally known to me or presented proof of Identification.

*Brandie Marie Lawson*

Notary Public

My commission expires:

BRANDIE MAR E LAWSON
Notary Public - California
Los Angeles County
Commission # 2188054
My Comm. Expires Mar 25, 2021

Return To:
Orlans PC
1602 Village Market Blvd SE, Suite 310
Leesburg, VA 20175
~~[redacted]~~
Sun West Mortgage