EXHIBIT

5

# APPRAISAL OF REAL PROPERTY



## LOCATED AT
9100 Hopkins Rd
North Chesterfield, VA 23237
Route 637

## FOR
Kim Chandler

## OPINION OF VALUE
93,000

## AS OF
2/22/2020

## BY
Donna K Fuller
Donna K Fuller, Appraiser

804-690-3310
Donna.fuller@gmail.com

# RESTRICTED USE APPRAISAL REPORT

PARHAM

File No.: 20KC06

## SUBJECT

| | | |
|---|---|---|
| Property Address: 9100 Hopkins Rd | City: North Chesterfield | State: VA Zip Code: 23237 |
| County: Chesterfield | Legal Description: Route 637 | |
| | | Assessor's Parcel #: 785669515900000 |
| Tax Year: 2020 R.E. Taxes: $ | Special Assessments: $ | Borrower (if applicable): James D PARHAM |
| Current Owner of Record: James D PARHAM | Occupant: ☒ Owner ☐ Tenant ☐ Vacant ☐ Manufactured Housing | |
| Property Type: ☒ SFR ☐ 2-4 Family # of Units: | Ownership Restriction: ☒ None ☐ PUD ☐ Condo ☐ Coop | |
| Market Area Name: Hopkins Road | Map Reference: 40060 | Census Tract: 1008.15 |
| The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe) | | ☐ Flood Hazard |
| This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective | | |
| Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach ☐ Other: | | |
| Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe) | | |
| Intended Use: Legal purposes | | |

## ASSIGNMENT

Under USPAP Standards Rule 2-2(c), this is a Restricted Use Appraisal Report, and is intended only for the sole use of the named client. There are no other intended users. The client must clearly understand that the appraiser's opinions and conclusions may not be understood properly without additional information in the appraiser's work file.

| | |
|---|---|
| Client: KIM CHANDLER | Address: 4124 E Parham Rd, Henrico, VA 23238 |
| Appraiser: Donna K Fuller | Address: PO BOX 7261, Richmond, VA 23221 |

## SALES COMPARISON APPROACH

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 9100 Hopkins Rd North Chesterfield, VA 23237 | 2521 Elliham Ave North Chesterfield, VA 23237 | | 9912 Proctors Rd North Chesterfield, VA 23237 | | 3006 Perlock Rd North Chesterfield, VA 23237 | |
| Proximity to Subject | | 2.39 miles NE | | 1.42 miles SE | | 1.19 miles SE | |
| Sale Price | $ | | $ 99,999 | | $ 122,000 | | $ 141,950 |
| Sale Price/GLA | $ /sq.ft. | $ 69.44 /sq.ft. | | $ 117.31 /sq.ft. | | $ 149.42 /sq.ft. | |
| Data Source(s) | Interior Inspec. | CVMLS#2012263 | | CVMLS#1934013 | | CVMLS#2008299 | |
| Verification Source(s) | Tax Assessor | Tax Assessor | | Tax Assessor | | Tax Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | n/a | Cash | | Cash | | FHA | |
| Concessions | n/a | None Known | | None Known | | None Known | |
| Date of Sale/Time | n/a | 5/13/2020 | | 12/02/2019 | | 5/08/2020 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Rural | Avg./Subdiv. | 0 | Avg./Subdiv. | 0 | Avg./Subdiv. | 0 |
| Site | 1.0 acre | 0.5 acre | +9,000 | 0.3 acre | +5,000 | 0.277 acre | +5,000 |
| View | Woods | Avg./Subdiv. | 0 | Avg./Subdiv. | 0 | Avg./Subdiv. | 0 |
| Design (Style) | Ranch/Brick | Ranch/Brick | 0 | Ranch/Brick | 0 | Ranch/Brick-Vinyl | 0 |
| Quality of Construction | Avg. | Avg. | | Avg. | | Avg. | |
| Age | 56 | 72 | 0 | 48 | 0 | 55 | 0 |
| Condition | Fair | Avg. | 0 | Avg. | 0 | Fair | 0 |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 5 2 1.1 | 5 3 2 | -3,000 | 5 3 2 | -3,000 | 5 3 1 | +3,000 |
| Gross Living Area | 841 sq.ft. | 1,440 sq.ft. | -10,782 | 1,040 sq.ft. | -3,582 | 950 sq.ft. | -1,962 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | n/a | n/a | | n/a | | n/a | |
| Functional Utility | Avg. | Avg. | | Avg. | | Avg. | |
| Heating/Cooling | Gas/FWA-NoCAC | FWA/CAC | -3,000 | FWA/CAC | -3,000 | EBB/No CAC | 0 |
| Energy Efficient Items | Insul.Windows | Storms | 0 | Insul.Windows | | Insul.Windows | |
| Garage/Carport | None | None | | None | | None | |
| Porch/Patio/Deck | Deck | Deck | | Deck | | None | +1,000 |
| Furnace Room | Attach-No Value | 0 | | 0 | | 0 | |
| | | | | | | New Kitchen | -15,000 |
| REPAIRS | REPAIRS | NONE | -24,500 | NONE | -24,500 | NONE | -24,500 |
| | | | | | | Workshop-320 sf | -4,800 |
| Net Adjustment (Total) | | ☐ + ☒ - $ | -32,282 | ☐ + ☒ - $ | -29,082 | ☐ + ☒ - $ | -37,262 |
| Adjusted Sale Price of Comparables | | $ | 67,717 | $ | 92,918 | $ | 104,688 |

Summary of Sales Comparison Approach   The three sales selected were the very best sales with similar age, ranch style, brick construction (Sale #3 has brick front and vinyl on three sides). All sales closed within the past 5 months. Site adjustments based on the difference in the site assessements as compared with Subject's site assessment. Subject's 2020 tax assessment: $42,000 land; $67,500 Improvements; $109,500 total 2020 tax assessemnt. There was no age adjustment because all properties had been updated. Least weight given to Sale 1 due to large GLA differences.

Copyright© 2010 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# RESTRICTED USE APPRAISAL REPORT

PARHAM
File No.: 20KC06

## TRANSFER HISTORY

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): Chesterfield County Tax Assessor

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: Most recent transfer of Subject to current owner is assumed to be will. The 2nd prior sale (original purchase) for $2,500 appears to be a lot sales. |
|---|---|
| Date: 7/12/2018 | |
| Price: 0 | |
| Source(s): Tax Assessor | |
| 2nd Prior Subject Sale/Transfer | |
| Date: 9/06/1962 | |
| Price: $2,500 | |
| Source(s): Tax Assessor | |

## MARKET

Subject Market Area and Marketability: Subject is situated in the local CVMLS zone of 52. Competing properties were selected from the more refined location south of Kingsland Road, east by I-1/301 (Jefferson Davis Highway) and west by SR-10 and south by WWII-SR188 (or near these boundaries). Subject is situated near numerous subdivisions of larger and similar sized properties and is convenient to shopping and major highways. It is noted that Subject is unusual in its location outside of a subdivision on a one acre parcel with dense woods across the street. It would be reasonable to assume that this area will be developed into single family housing at some point in time.

## SITE

| Site Area: 1.0 acre | Site View: Woods | Topography: Mostly Level | Drainage: Appears Adequate |
|---|---|---|---|
| Zoning Classification: A | | Description: Agricultural | |

Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning

Highest & Best Use: ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date: Single Family Residential — Use as appraised in this report: Single Family Residential

Opinion of Highest & Best Use: Single Family Residential

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No FEMA Flood Zone X — FEMA Map # 51041C0164D — FEMA Map Date 12/18/2012

Site Comments: It is noted that Subject is unusual in its location outside of a subdivision on a one acre parcel with dense woods across the street. Subject is connected to public water, but public sewer is not available to this site. There is a large, very old single wide trailer on this property which should be removed. It is in very poor condition and is considered personal property (not taxed by the county).

## IMPROVEMENTS

Improvements Comments: There is a wall A/C built into the living room wall. Overall condition of Subject property is overall Fair due to the very poor condition of the attached shed (which houses the oil furnace) with hardboard siding that is mostly rotten as is the door & door frame. There exterior trim (overhangs/rake boards) needs painting and some trim. The wood deck (decking/rails/pickets) are rotten and dangerous and need to be replaced with new wood and copper flashing where the deck meets the house. The posts in the ground appear to be in good condition. On the interior, the carpet/pads all need replacing. The kitchen floor squeaks which is an indication that the sub flooring needs to be screwed down or possible replaced. The vinyl flooring needs replacing. The walls/ceilings are in good condition Furnace is 20 years old; hot water heater & vinyl windows/roof 8 yrs (there was a house fire 8 years ago). Circular Drive needs new gravel & some grading.

Indicated Value by: Sales Comparison Approach $ 93,000

## RECONCILIATION

Indicated Value by: Cost Approach (if developed) $ — Indicated Value by: Income Approach (if developed) $

Final Reconciliation

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 93,000 , as of: 2/22/2020 , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions in this report. See attached addenda.

## ATTACHMENTS

A true and complete copy of this report contains 18 pages, including exhibits which are considered an integral part of this appraisal. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

☐ Scope of Work  ☐ Limiting Cond./Certifications  ☒ Narrative Addendum  ☒ Photograph Addenda  ☒ Sketch Addendum
☒ Map Addenda  ☐ Additional Sales  ☒ Est.Cost to Repair Addenda  ☐ Flood Addendum  ☐ Manuf. House Addendum
☐ Hypothetical Conditions  ☐ Extraordinary Assumptions

Client Contact: — Client Name: KIM CHANDLER

E-Mail: Liz@ChandlerPLC.com — Address: 4124 E Parham Rd, Henrico, VA 23238

## SIGNATURES

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| *Donna K. Fuller* | |
| Appraiser Name: Donna K Fuller | Supervisory or Co-Appraiser Name: |
| Company: Donna K Fuller, Appraiser | Company: |
| Phone: 804-690-3310  Fax: | Phone:  Fax: |
| E-Mail: Donna.fuller@gmail.com | E-Mail: |
| Date of Report (Signature): 05/26/2020 | Date of Report (Signature): |
| License or Certification #: 4001002473  State: VA | License or Certification #:  State: |
| Designation: Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification: 12/31/2021 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 2/22/2020 | Date of Inspection: |

Copyright© 2010 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

GP RESTRICTED

Form GPRTD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

5/2010

# Assumptions, Limiting Conditions & Scope of Work

| Property Address: | 9100 Hopkins Rd | City: North Chesterfield | State: VA | Zip Code: 23237 |
|---|---|---|---|---|
| Client: | KIM CHANDLER | Address: 4124 E Parham Rd, Henrico, VA 23238 | | |
| Appraiser: | Donna K Fuller | Address: | | |

## STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

- The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

**The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.**

**Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):** The appraiser has been engaged to form an opinion of value. If subsequent developments or disagreements should arise, users of this appraisal agree that the appraiser may not be held liable for damages in excess of the amount he/she was paid for doing this appraisal.

**Acceptance of, and/or use of, this appraisal report constitutes acceptance of the above conditions.**

**Note:** The use of this report warns that the rationale for how the appraiser arrived at the opinions and conclusions set forth in the report may not be understood properly without additional information.

**INTENDED USERS:** The intended user of this appraisal report is stated on the lender/client line in the report. Use of this appraisal by other users is not intended by the appraiser, unless otherwise identified by the client as being an intended user. All other third parties are considered to be unintended users and the appraiser assumes no obligation or accountability to any third party and potential buyer or outside lender contemplating purchase or mortgage activity on this property is urged to seek a separate opinion of value from a competent and duly licensed appraiser.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
3/2007

## Certifications

| Property Address: 9100 Hopkins Rd | | City: North Chesterfield | State: VA | Zip Code: 23237 |
|---|---|---|---|---|
| Client: KIM CHANDLER | Address: | 4124 E Parham Rd, Henrico, VA 23238 | | |
| Appraiser: Donna K Fuller | Address: | | | |

**APPRAISER'S CERTIFICATION**

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by

the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**DEFINITION OF MARKET VALUE *:**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

ADDITIONAL CERTIFICATION: The intended use of this appraisal as stated in the report form is for the lender/client to evaluate the property to evaluate the property that is the subject of this appraisal for a mortgage finance transaction. No other intended uses have been communicated and none are assumed pursuant to USPAP. This appraisal is developed strictly and solely in accordance with those intended uses communicated to the appraiser at the time of engagement.

Please note that only a primary lending institution can make a decision with respect to a mortgage finance transaction. Non-lenders and secondary market participants do not make these decisions and their uses, if any, have not been communicated to me the use of this appraisal report for other than the specified purpose shown i the appraisal report is adequate grounds for report to be considered NULL and VOID.

APPRAISER'S STATEMENT: I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three year period immediately preceding acceptance of this assignment.

The appraiser has been engaged to form an opinion of value. If subsequent developments or disagreements should arise, users of this appraisal agree that the appraiser may not be held liable for damages in excess of the amount he/she was paid for doing the appraisal.

Acceptance of, and/or use of, this appraisal report constitutes acceptance of the above conditions.

| Client Contact: | | Client Name: KIM CHANDLER | |
|---|---|---|---|
| E-Mail: Liz@ChandlerPLC.com | Address: | 4124 E Parham Rd, Henrico, VA 23238 | |

| **APPRAISER** | **SUPERVISORY APPRAISER** (if required) or CO-APPRAISER (if applicable) |
|---|---|
| *Donna K. Fuller* | |
| Appraiser Name: Donna K Fuller | Supervisory or Co-Appraiser Name: |
| Company: Donna K Fuller, Appraiser | Company: |
| Phone: 804-690-3310      Fax: | Phone:      Fax: |
| E-Mail: Donna.fuller@gmail.com | E-Mail: |
| Date Report Signed: 05/26/2020 | Date Report Signed: |
| License or Certification #: 4001002473      State: VA | License or Certification #:      State: |
| Designation: Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification: 12/31/2021 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 2/22/2020 | Date of Inspection: |

GP RESIDENTIAL    Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    3/2007

| Borrower | James D PARHAM | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 9100 Hopkins Rd | | | | | | |
| City | North Chesterfield | County | Chesterfield | State | VA | Zip Code | 23237 |
| Lender/Client | Kim Chandler | | | | | | |

Continued from Signature Page:

This is a Restricted Appraisal Report and the use of this report warns that the rationale for how the appraiser arrived at the opinions and conclusions set forth in the report may not be understood properly without additional information.

INTENDED USERS:  The intended user of this appraisal report is stated on the lender/client line in the report.  Use of this appraisal by other users is not intended by the appraiser otherwise identified by the client as being an intended user.  All other third parties are considered to be unintended users and the appraiser assumes no obligation, liability or accountability to any third party and potential buyer or outside lender contemplating purchase or mortgage activity on this ;property is urged to seek a separate opinion of value from a competent and duly licensed/certified appraiser.

EXPOSURE TIME:  The estimated market  value is based on a reasonable exposure time of approximately 3 to 30 days.

ADDITIONAL NOTES:  Subject property is marked "Fair Condition" for purposes of this report and is due to the amount of recommended repairs should the house go on the market for sale.  Overall, the construction of this full brick house is good.  It is noted that public sewer is not available to this home site.  The condition of the septic system is unknown.

In researching Subject property form competing sales, it became evident that homes of this size and in this are of Chesterfield County are selling very rapidly and, in fact, per listing agents are brining in multiple offers.  This is most probably due to the fact that new homes in the County start in the mid $300,000.  This makes these more mature properties in less than prime condition a desirable purchase for investors whose desire is to flip.  Often these properties are selling for above list price at t his moment in time.

# Building Sketch

| Borrower | James D PARHAM | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 9100 Hopkins Rd | | | | | | |
| City | North Chesterfield | County | Chesterfield | State | VA | Zip Code | 23237 |
| Lender/Client | Kim Chandler | | | | | | |



Furnace Shed
[22 Sq ft]

Uncov.Deck
[90 Sq ft]

Uncov.Stoop
[5 Sq ft]

Uncov.Stoop
[26 Sq ft]

First Floor
[821 Sq ft]

BR#1 · Bath · BR#2 · BR#3 · clo · Living · WinAC · Kitchen · lc

28'
24.5'
10'

TOTAL Sketch by a la mode, inc.

## Area Calculations Summary

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 821 Sq ft | | 24.5 × 28 = 686 |
| | | | 10 × 13.5 = 135 |
| Uncov.Stoop | 20 Sq ft | | 5 × 4 = 20 |
| **Total Living Area (Rounded):** | **841 Sq ft** | | |
| **Non-living Area** | | | |
| Uncov.Deck | 90 Sq ft | | 10 × 9 = 90 |
| Uncov.Stoop | 26 Sq ft | | 6.5 × 4 = 26 |
| Furnace Shed | 22 Sq ft | | 4 × 5.5 = 22 |

## Subject Photo Page

| Borrower | James D PARHAM | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 9100 Hopkins Rd | | | | | | |
| City | North Chesterfield | | County | Chesterfield | State VA | Zip Code | 23237 |
| Lender/Client | Kim Chandler | | | | | | |



**Subject Front**

9100 Hopkins Rd



**Subject Rear**



**Subject Street**

RIGHT

## Photograph Addendum

| | |
|---|---|
| Borrower | James D PARHAM |
| Property Address | 9100 Hopkins Rd |
| City | North Chesterfield   County Chesterfield   State VA   Zip Code 23237 |
| Lender/Client | Kim Chandler |



**ACROSS STREET (Shows another street just beyond Hopkins Road)**

**Front showing Trailer & circular drive (needs grading/gravel)**





**Tailor**

**Left side (Furnace shed needs replacement siding and door)**




**Shed (no value-personal property)**

# Photograph Addendum

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | James D PARHAM | | | | | |
| Property Address | 9100 Hopkins Rd | | | | | |
| City | North Chesterfield | County | Chesterfield | State VA | Zip Code | 23237 |
| Lender/Client | Kim Chandler | | | | | |



Rear Yard view of homes in adjacent subdivision



Furnace shed (not rotten board at top right)



Deck (needs replacing)



Side entrance to Bedroom #3 (den?)





Replace/repair wood soffits

## Photograph Addendum

| Borrower | James D PARHAM | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 9100 Hopkins Rd | | | | | | |
| City | North Chesterfield | County | Chesterfield | State | VA | Zip Code | 23237 |
| Lender/Client | Kim Chandler | | | | | | |



**Crawl space**



**No insulation in Crawl**



**Damaged shed (up close)**



**Another view of Trailer**



**Rake boards plus under eaves of home
need scraping/painting)**



**Bedroom #1**

# Photograph Addendum

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | James D PARHAM | | | | | | |
| Property Address | 9100 Hopkins Rd | | | | | | |
| City | North Chesterfield | County | Chesterfield | State | VA | Zip Code | 23237 |
| Lender/Client | Kim Chandler | | | | | | |



**200 amp electrical breakers (BR #1)**



**New Bath (8 years)**



**New bath**



**Hall (carpet needs replacing)**



**Bedroom, #2**



**Bedroom #2 (closet)**

# Interior Photos

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | James D PARHAM | | | | | |
| Property Address | 9100 Hopkins Rd | | | | | |
| City | North Chesterfield | County | Chesterfield | State VA | Zip Code | 23237 |
| Lender/Client | Kim Chandler | | | | | |



**Living Room (wall a/c)**



**Living Room
(facing kitchen)**



**Kitchen**



**Kitchen**



**Kitchen**



**Worn Kitchen Floor
(poor photo)**

# Interior Photos

| Borrower | James D PARHAM | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 9100 Hopkins Rd | | | | | | |
| City | North Chesterfield | County | Chesterfield | State | VA | Zip Code | 23237 |
| Lender/Client | Kim Chandler | | | | | | |



**Bedroom #3**
**Den/Office**
**1/2 Bath on Left/Side entrance door**



**BR #3**
**Facing Kitchen**



**Half Bath**
**(used for storage)**



**Attic Insulation**
**Pull-Down Attic stairs**

# Comparable Photo Page

| Borrower | James D PARHAM | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 9100 Hopkins Rd | | | | | |
| City | North Chesterfield | County | Chesterfield | State | VA | Zip Code 23237 |
| Lender/Client | Kim Chandler | | | | | |



### Comparable 1
2521 Elliham Ave

NOTE:        Photo Taken From CVMLS



### Comparable 2
9912 Proctors Rd

NOTE:        Photo Taken From CVMLS



### Comparable 3
3006 Perlock Rd

NOTE:        Photo Taken From CVMLS

# Comparable Sales Location Map

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Borrower | James D PARHAM | | | | | | | |
| Property Address | 9100 Hopkins Rd | | | | | | | |
| City | North Chesterfield | County | Chesterfield | | State | VA | Zip Code | 23237 |
| Lender/Client | Kim Chandler | | | | | | | |



## Subject's Location Map

| Borrower | James D PARHAM | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 9100 Hopins Rd | | | | | | |
| City | North Chesterfield | County | Chesterfield | State | VA | Zip Code | 23237 |
| Lender/Client | Kim Chandler | | | | | | |



## Estimated cost to Repair Subject

| | | |
|---|---|---|
| 9100 HOPKINS ROAD | | |
| | | |
| REMOVE | | |
| TRAILOR | 6000 | |
| | | |
| REPLACE CARPET | 5000 | |
| AND PAD | | |
| | | |
| | | |
| | | |
| | | |
| PAINT OUTSIDE | | |
| TRIP & REPAIR | | |
| WHERE NEEDED | 3000 | |
| | | |
| REPAIR DECK | 3000 | |
| | | |
| KITCHEN CLOOR | | |
| SECURE SUB FLOOR | | |
| REPLACE VINYL | 3000 | |
| | | |
| REPAIR SHED FOR | | |
| FURNACE (REMOVE | | |
| SIDING/REPLACE | 3000 | |
| | | |
| Drvieway: Some | | |
| grading & full gravel | 1500 | |
| | | |
| | | |
| | 24500 | |
| | | |